FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Electronic Privacy Information Center | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| United States Department of Homeland Security | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   15-cv-00289 CKK

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

Ronald Machen
United States Attorney for the District of Columbia
c/o Civil Process Clerk
555 4th Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger McCall
Electronic Privacy Information Center
1718 Connecticut Ave NW
Suite 200
Washington, DC 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   02/26/2015

/s/ Rodney Davis, Jr.

*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Electronic Privacy Information Center | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.   15-cv-00289  CKK |
| United States Department of Homeland Security | ) | |
| *Defendant* | ) | |
| | ) | |

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*        Eric Holder
Attorney General for the United States of America
United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger McCall
Electronic Privacy Information Center
1718 Connecticut Ave NW
Suite 200
Washington, DC 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:    02/26/2015                                              /s/ Rodney Davis, Jr.

                                                        *Signature of Clerk or Deputy Clerk*



FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Electronic Privacy Information Center | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) |
| United States Department of Homeland Security | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No.   15-cv-00289 CKK

## SUMMONS IN A CIVIL ACTION

To:     _(Defendant's name and address)_     United States Department of Homeland Security
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Ginger McCall
> Electronic Privacy Information Center
> 1718 Connecticut Ave NW
> Suite 200
> Washington, DC 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date:     02/26/2015                              /s/ Rodney Davis, Jr.

                                                 _Signature of Clerk or Deputy Clerk_