# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br>              Plaintiff<br><br>        v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br>              Defendant. | Civil Action No. 15-289 (CKK) |

## ORDER

This case comes before the Court upon the filing of Defendant's Answer to Plaintiff's Complaint in which Defendant admits that the Department of Homeland Security has not produced documents responsive to Plaintiff's FOIA request, filed October 20, 2014. In light of this filing, it is this 7th day of April, 2015, hereby

**ORDERED** that the parties shall MEET AND CONFER and file a Joint Status Report proposing a schedule for proceeding in this matter. The schedule should address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, etc. The parties shall file the schedule not later than **May 6, 2015**.

**SO ORDERED.**

                                              ___/s/_____
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge