# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br>    Plaintiff<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br>    Defendant. | Civil Action No. 15-289 (CKK) |

## ORDER

The Court is in receipt of the parties' [10] Joint Status Report indicating that Defendant "anticipates being able to make a release of the information [Defendant] has determined is not subject to a FOIA exemption by May 11, 2015." Joint Status Report, at 2. The parties also indicate that no motion will need to be filed under *Open America*, however, it is "premature to know whether a *Vaughn* declaration will be needed." *Id.* Accordingly, the Court hereby ORDERS the parties to file a Joint Status Report by no later than MAY 28, 2015, proposing a schedule for further proceedings in this case.

**SO ORDERED.**

                                                        */s/*
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge