UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br><br>Plaintiff, )<br><br>v. )<br><br>DEPARTMENT OF HOMELAND SECURITY, )<br><br>Defendant. ) | Civil No. 15-cv-00289 CKK |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated May 29, 2015, Plaintiff, Electronic Privacy Information Center ("Plaintiff" or "EPIC"), and Defendant, the Department of Homeland Security ("DHS" or "the Department"), by and through their undersigned counsel, report as follows the status of this Freedom of Information Act ("FOIA") case:

(1) Pursuant to this Court's Order dated May 29, 2015, DHS produced to EPIC a *Vaughn* Index on June 22, 2015. EPIC has reviewed the *Vaughn* Index.

(2) After reviewing the *Vaughn* declaration and the accompanying DHS Inventory Sheet, EPIC has requested additional information from the agency regarding the document entitled "Passive Methods Quad Chart."

(3) DHS will review EPIC's request and, to the extent that DHS agrees that additional information is needed, will produce a revised *Vaughn* declaration to EPIC that accounts for the above referenced document on or before July 13, 2015.

Accordingly, the parties recommend that they file another joint status report on July 20, 2015, in which to suggest a proposed schedule for further proceedings in this case.

Respectfully submitted,

MARC ROTENBERG, D.C. BAR # 422825
EPIC President

Alan Butler, D.C. BAR # 1012128
EPIC Senior Counsel

  /s/ *Jeramie D. Scott*
Jeramie D. Scott, D.C. BAR # 1025909
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009
(202) 483-1140
jscott@epic.org

*Counsel for Plaintiff*


VINCENT H. COHEN, JR. D.C. BAR # 471489
Acting United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division

  /s/  *Marina Utgoff Braswwell*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2561
marina.braswell@usdoj.gov

*Counsel for Defendant*

2