UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF HOMELAND SECURITY, ) ) Defendant. ) ) | Civil No. 15-cv-00289 CKK |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated July 21, 2015, Plaintiff, Electronic Privacy Information Center ("Plaintiff" or "EPIC"), and Defendant, the Department of Homeland Security ("DHS" or "the Department"), by and through their undersigned counsel, report as follows the status of this Freedom of Information Act ("FOIA") case:

(1) Pursuant to this Court's Order dated July 21, 2015, DHS produced to EPIC a supplemental *Vaughn* Index on July 27, 2015. EPIC has reviewed the supplemental *Vaughn* Index.

(2) The Parties now propose the Court grant 45 days for the Parties to consider and discuss a settlement.

Accordingly, the Parties will notify the Court if they reach a settlement prior to September 21, 2015, otherwise they will file an additional Joint Status Report with the Court regarding further scheduling.

Respectfully submitted,

MARC ROTENBERG, D.C. BAR # 422825
EPIC President

Alan Butler, D.C. BAR # 1012128
EPIC Senior Counsel

  /s/  *Jeramie D. Scott*
Jeramie D. Scott, D.C. BAR # 1025909
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009
(202) 483-1140
jscott@epic.org

*Counsel for Plaintiff*


VINCENT H. COHEN, JR. D.C. BAR # 471489
Acting United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division

  /s/  *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2561
marina.braswell@usdoj.gov

*Counsel for Defendant*