UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY
INFORMATION CENTER

    Plaintiff,

    v.    Civil No. 15-cv-00289 CKK

DEPARTMENT OF HOMELAND SECURITY,

    Defendant.

**JOINT STATUS REPORT**

Pursuant to this Court's order dated August 6, 2015, Plaintiff, Electronic Privacy Information Center ("Plaintiff" or "EPIC"), and Defendant, the Department of Homeland Security ("DHS" or "the Department"), by and through their undersigned counsel, report as follows the status of this Freedom of Information Act ("FOIA") case:

(1) The Parties have initiated settlement negotiations and provide the Court the following update on the status of those negotiations:

- On September 11, 2015, EPIC sent the DHS a proposed settlement offer.

- On September 17, 2015 DHS confirmed receipt of EPIC's settlement offer, stated that the agency was considering the offer, and informed EPIC that additional time may be needed for settlement negotiations.

(2) The Parties now propose the Court grant an additional 23 days for the Parties to consider and discuss a settlement,

Accordingly, the Parties will notify the Court if they reach a settlement prior to October 14, 2015, otherwise they will file an additional Joint Status Report with the Court regarding further scheduling.

    Respectfully submitted,

    MARC ROTENBERG, D.C. BAR # 422825
    EPIC President

    ALAN BUTLER, D.C. BAR # 1012128
    EPIC Senior Counsel

    _/s/ Jeramie D. Scott_
    JERAMIE D. SCOTT, D.C. BAR # 1025909
    Electronic Privacy Information Center
    1718 Connecticut Ave. NW, Suite 200
    Washington, DC 20009
    (202) 483-1140
    jscott@epic.org

    *Counsel for Plaintiff*

    VINCENT H. COHEN, JR. D.C. BAR # 471489
    Acting United States Attorney

    DANIEL F. VAN HORN, D.C. BAR # 924092
    Chief, Civil Division

    _/s/_
    MARINA UTGOFF BRASWELL, D.C. BAR #416587
    Assistant United States Attorney
    U.S. Attorney's Office, Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 252-2561
    marina.braswell@usdoj.gov

    *Counsel for Defendant*