**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ELECTRONIC PRIVACY INFORMATION CENTER

Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY,

Defendant.

Civil No. 15-cv-00289 CKK

# JOINT STATUS REPORT

The parties have reached a settlement in principle in this Freedom of Information Act ("FOIA") case. They believe that they will be able to draft and finalize the necessary document to effect this settlement within a week.

Accordingly, the parties propose that they be given to and including October 21, 2015, in which to file the necessary document to conclude this litigation.

Respectfully submitted,

MARC ROTENBERG, D.C. BAR # 422825
EPIC President

Alan Butler, D.C. BAR # 1012128
EPIC Senior Counsel

*/s/ Jeramie D. Scott*
Jeramie D. Scott, D.C. BAR # 1025909
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009
(202) 483-1140
jscott@epic.org

*Counsel for Plaintiff*

VINCENT H. COHEN, JR. D.C. BAR # 471489
Acting United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2561
marina.braswell@usdoj.gov

*Counsel for Defendant*