## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION
CENTER,

    *Plaintiff*,

v.

DEPARTMENT OF HOMELAND
SECURITY,

    *Defendant.*

Civil Action No. 1:15-cv-00289-CKK

## ORDER
(October 20, 2015)

The Court has been informed that the parties in the above-captioned action have reached a settlement in principle.  Accordingly, with the consent of the parties, it is, this 20th day of October, 2015, hereby

**ORDERED** that this action is **DISMISSED**; the dismissal shall be **without** prejudice until **November 16, 2015**.  Should counsel fail to move to extend the deadline or to reopen this action by the designated date, the matter shall, without further order, stand dismissed **with** prejudice.

**SO ORDERED.**

          /s/
    **COLLEEN KOLLAR-KOTELLY**
    United States District Judge